**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERA WILLIAMS and** | : | |
| **T'JUANNE WILLIAMS,** | : | **No. 1:12-cv-1566** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **OFFICER EDWARD RIDER, OFFICER** | : | |
| **MICHAEL MAURER, OFFICER URIAH** | : | |
| **AVILES, and STEPHANIE BARTLETT,** | : | |
| **Defendants** | : | |

**ORDER**

**AND NOW**, on this 7th day of August 2014, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss (Doc. No. 49) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff Tera Williams' Section 1983 claims arising under the Eighth Amendment are **DISMISSED WITH PREJUDICE**;

2. Plaintiff Tera Williams' Section 1983 claims alleging excessive force and failure to intervene under the Fourth Amendment are not dismissed;

3. To the extent Plaintiff Tera Williams seeks to bring her excessive force and failure to intervene claims under the Fourteenth Amendment, those claims are **DISMISSED WITH PREJUDICE**;

4. Plaintiff Tera Williams' Section 1983 claim alleging deliberate indifference to a serious medical need under the Fourteenth Amendment is not dismissed; and

5. Plaintiff T'Juanne Williams' state law claims alleging assault and IIED are **DISMISSED WITH PREJUDICE.**

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania